**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re: Sandra LaVerna Nicholson                                  Case No. 16-70075-SCS
Debtor                                                                              Chapter 13

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

Upon Debtor's Objection to claim number 9-1 as originally filed by NetCredit, which is registered to do business in Virginia as NC Financial Solutions of Virginia, LLC, (hereinafter "NetCredit"), and

Upon the Debtor's denial that the debt to NetCredit is enforceable against her, and

Upon NetCredit's failure to file a timely Response to the Objection to Claim within the time period required by Local Bankruptcy Rule Number 9013-1(H)(3)(d), it is hereby

ORDERED that Debtor's Objection to NetCredit's claim number 9-1 is SUSTAINED hereby; and it is further

ORDERED that NetCredit's claim is disallowed.

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Jul 24 2017

/s/ Stephen C. St.John
United States Bankruptcy Judge

Entered on Docket: 7/25/17

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Rd., Suite 330
Virginia Beach, VA 23452
Telephone (757) 313-3000
Counsel for Debtor

I ask for this:

/s/ Mark C. Leffler
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Rd., Suite 330
Virginia Beach, VA 23452
Telephone (757) 313-3000
Counsel for Debtor

Seen and no objection:

/s/ R. Clinton Stackhouse, Jr.
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.

/s/ Mark C. Leffler
Counsel for Debtor

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
Convergence Center III
272 Bendix Rd., Suite 330
Virginia Beach, VA 23452

NetCredit
175 W. Jackson Blvd, Suite 1000
Chicago, IL 60604

NC Financial Solutions of Utah, LLC d/b/a NetCredit
c/o Capitol Services, Inc., Reg. Agent
1675 S. State St. Ste B
Dover, DE 19910

NC Financial Solutions of Virginia, LLC d/b/a NetCredit
c/o Capitol Corporate Services, Inc., Reg. Agent
10 S. Jefferson St., Suite 1400
Roanoke, VA 24011

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Blvd
Suffolk, VA 23435

Sandra LaVerna Nicholson
P.O. Box. 7731
Portsmouth, VA 23707